The **PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION** and **Indiana University of Pennsylvania, Appellants**

v.

**INDIANA AREA SCHOOL DISTRICT; County of Indiana; and Indiana County Board of Assessment Appeals, Appellees.**

Supreme Court of Pennsylvania.

June 18, 2013.

## ORDER

PER CURIAM.

AND NOW, this 18th day of June, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED**.

James A. **D'ANGELO**, Sr. and Carol D'Angelo, Petitioners

v.

**JP MORGAN CHASE BANK NA**, et al. and James A. D'Angelo, Jr. and Harry M. Anthony, Mortgage First Lending Group and Citizen Settlement Services, Inc. and Tonya Friend and Michelle Sheridan, Respondents.

Supreme Court of Pennsylvania.

June 19, 2013.

## ORDER

PER CURIAM.

AND NOW, this 19th day of June, 2013, the Petition for Allowance of Appeal and Application to File a Reply to the Answer are denied.